**EXHIBIT A**





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-440-822

**Effective Date of Registration:**
April 08, 2025
**Registration Decision Date:**
April 08, 2025



## Title

**Title of Work:** RAG & BONE

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 30, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Elegant Knitting Co.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** Australia

## Copyright Claimant

**Copyright Claimant:** COOGI Partners, LLC
112 Windsor Gate, Lake Success, New York, 11020, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** COOGI Partners, LLC
**Name:** Norman Weisfeld
**Email:** normanw@fubu.com
**Telephone:** (212)273-3302
**Address:** 112 Windsor Gate
Lake Success, New York 11020 United States

## Certification

Page 1 of 2

|  |  |
|---:|:---|
| **Name:** | William H. Cox |
| **Date:** | March 20, 2025 |
| **Applicant's Tracking Number:** | 3051.16 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding basis for registration: Graphic features identified separately from and capable of existing independently of the utilitarian aspects of a useful article. |

**Registration #:** VA0002440822
**Service Request #:** 1-14891911342



Cox Law Firm LLC
William H. Cox
14 West Shore Trail
Stockholm, NJ 07460 United States

