**EXHIBIT B**

**COOGI RAG & BONE SWEATER**     **LOUIS VUITTON PULLOVER SWEATER**



**COOGI RAG & BONE SWEATER**  **LOUIS VUITTON HALF-ZIP PULLOVER (BLACK, BROWN & TAN)**



**COOGI RAG & BONE SWEATER**

**LOUIS VUITTON HALF-ZIP PULLOVER (PINK, BLACK & WHITE)**






**COOGI RAG & BONE SWEATER**                                    **LOUIS VUITTON PULLOVER SWEATER**

 




**COOGI RAG & BONE SWEATER**                                      **LOUIS VUITTON VEST**




**COOGI RAG & BONE SWEATER**                                                    **LOUIS VUITTON PULLOVER**




**COOGI RAG & BONE SWEATER**                **LOUIS VUITTON HALF-ZIP PULLOVER**

 



LOUIS VUITTON

Contact Us

1AIM75
Half-Zip Pullover
$2,760.00

Select your size

Size guide

Place in Cart

Contact an Advisor

This pale pink half-zip pullover pays homage to early 2000s street style with an intricately detailed jacquard. A standout piece from the Fall-Winter 2025 collaboration between Pharrell and Nigo, it features an array of House signatures that are integrated into the richly textured knit. Styled with timeless items, it will elevate any look.

- Relaxed fit
- Pale pink
- 33% Viscose, 17% Polyamide, 50% Cotton
- Signature jacquard all over
- Ribbed hem and cuffs
- Half-zipper fastening
- Made in Italy

Read less



# LOUIS VUITTON

1AIMBG

NEW
Long-Sleeved Crewneck
$2,280.00

Select your size

Size guide

Place in Cart

Contact an Advisor

This casual, long-sleeved crewneck pays homage to early 2000s street style with an intricately detailed jacquard in rich brown tones. From the Fall-Winter 2025 collaboration between Pharrell and Nigo, it features an array of House signatures in a swirling organic motif that showcases Louis Vuitton savoir-faire. The fine cotton-blend knit makes this a light and breathable style.

- Regular fit
- Multicolor
- 33% Viscose, 17% Polyamide, 50% Cotton
- Signature jacquard all over
- Ribbed collar, cuffs and waist
- Made in Italy

Read more

Product care                +

In-Store Service            +

