EXHIBIT I

djjays.com
Reference, Facts, News - Free a... Buy It Was All A Dream S/S ...
es Tools Help
Page ▾ Safety ▾ Tools ▾

10%* OFF CODE: 10FAVS // 15%* OFF $50+ CODE: 15FAVS // DETAILS

Men Big & Tall Women Plus Size Boys Girls Sale Premium Search My Account (0) $0.00 USD

By Brand Hudson NYC It Was All A Dream S/S Tee

IT WAS ALL 1972 1997 A DREAM

# It Was All A Dream S/S Tee

by Hudson NYC

$50.00

SMALL MEDIUM LARGE X-LARGE XX-LARGE

ADD TO BAG

+ WISH LIST

Tweet Pin it G+1

Details Chat Special Offers

**The It Was All A Dream S/S Tee by Hudson NYC features:**

- US sizing
- Embroidery and patchwork "IT WAS ALL A DREAM" text with bear wearing Coogi sweater
- Crew neck collar
- Short sleeves
- Cotton material
- Imported

Recommended

Hudson NYC
$43.99 was
$50.00

Winchester
$12.99 was
$36.00

lass=Cart&cmd=main&groupid=1&vcat=259783&relcat=319

125%

: [US] | https://www.belovedshirts.com/products/coogi-sweatshirt

FREE SHIPPING ON ALL ORDERS $150+

ng Guide Help Track Order | Start Designing | Sell On Beloved | Wishlist | Sign in

Beloved

Search products, artwork and themes

NEW TRENDING BEST SELLERS SALE

op By Collection | Custom | Mens | Womens | Kids | Home Decor | Accessories | Swimsuits | BECOME AN AMBASSADOR

# NOTORIOUS SWEATSHIRT

6 reviews Ask a question

Made In USA

TOPS HOME ACCESSORIES

SWEATSHIRTS

Style:

Notorious Sweatshirt

SELECT SIZE: SIZE CHART

S M L XL XXL XXXL

$59.95 ~~$89.95~~

or 4 interest-free installments of $14.99 by afterpay More info

BUY IT NOW

Send to Messenger

Peter Vranum Not you?

Stay up to date with order notifications!

FAN PHOTOS

ducts/CoogiSweatshirt_1024x1024.jpg?v=1535197818



.com/products/copy-of-notorious-fleece-blanket
SHOP NOW
SHOP BY COLLECTION
SHOP BY TYPE
COMPANY
POP-UPS
WIN
USD
LOGIN
NOTORIOUS
$44.95 USD
Made-to-Order in the USA and ships within 10 business days.
• Go all Coogi with a graphic version of this iconic style.
Details:
• Premium, super plush faux-wool backing
• Silky-smooth top side for stunning print quality
• Perfect for bold designs
Product Dimensions:
• Regular: 50" x 60"
• Large: 60" x 80"
Home — NOTORIOUS
SELECT OPTIONS
$44.95 USD