**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COOGI PARTNERS, LLC,

    *Plaintiff,*

       v.

LOUIS VUITTON MALLETIER, S.A.,
LOUIS VUITTON USA, INC., and
PHARRELL WILLIAMS

    *Defendants.*

Civil Action No. 1:25-cv-03837-KPF

**DEFENDANT LOUIS VUITTON MALLETIER, LOUIS VUITTON USA, INC., AND**
**PHARRELL WILLIAM'S MOTION TO DISMISS**
**THE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 8 and 12(b)(6)**

Defendants Louis Vuitton Malletier, S.A., Louis Vuitton USA, Inc., and Pharrell Williams (collectively, "Defendants"), by and through their undersigned counsel, hereby move this Court to dismiss the First Amended Complaint filed by Plaintiff COOGI Partners, LLC ("COOGI") pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure.

Dismissal is warranted because the First Amended Complaint fails to state any claim upon which relief can be granted. COOGI's claims are legally deficient in several respects. The pleading does not identify a specific, protectable trade dress, fails to allege facts showing substantial similarity or confusion, and impermissibly relies on conclusory assertions and collective allegations against all Defendants without specifying their individual roles or conduct. Taken together, these deficiencies render the Complaint implausible on its face.

The grounds supporting this motion are set forth in greater detail in the accompanying Memorandum of Law. A proposed order is attached for the Court's consideration.

1

WHEREFORE, Defendants respectfully request that the Court grant this Motion and dismiss the First Amended Complaint in its entirety, with prejudice, and grant such further relief as the Court deems just and proper.

Dated: October 17, 2025

Respectfully Submitted,

/s/ Vivek Jayaram
Vivek Jayaram
Danielle M. Audette
Palak V. Patel
Jayaram PLLC
54 West 21st Street, Suite 801
New York, New York 10010
312-736-1226
vivek@jayaramlaw.com
dani@jayaramlaw.com
palak@jayaramlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I served a true and correct copy of the foregoing

document on all counsel of record via CM/ECF.

/s/ *Vivek Jayaram*
Vivek Jayaram